IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| LACEY J. HARRIS, | ) |
| | ) |
| | ) 2:25-CV-00170-CCW |
| Plaintiff, | ) |
| vs. | ) |
| DAKIS LEGAL GROUP, LLC, | ) |
| Defendant. | ) |

**ORDER SCHEDULING DEFAULT JUDGMENT HEARING**

AND NOW, this 3rd day of October, 2025, Plaintiff having filed a request for default judgment against Defendant Dakis Legal Group, LLC ECF No. 41,

IT IS HEREBY ORDERED that a default judgment hearing is scheduled for **December 9, 2025 at 10:00AM** in Courtroom 6B, 6th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania 15219.

IT IS FURTHER ORDERED that Plaintiffs shall serve a copy of this Order upon Defendant Dakis Legal Group, LLC and shall file a Certificate of Service on the docket on or before **October 17, 2025**.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge