IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LACEY J. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAKIS LEGAL GROUP, LLC,<br><br>　　　　　Defendant. | 2:25-CV-00170-CCW |

### MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On December 23, 2025, the Magistrate Judge issued a Report, ECF No. 49, recommending that the Court grant Plaintiff's Amended Motion for Default Judgment, ECF No. 48.  ECF No. 49. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Plaintiff's Amended Motion for Default Judgment, ECF No. 48, is **GRANTED**.  It is **FURTHER ORDERED** that Defendants' Motion for Default Judgment, ECF No. 41, is **DISMISSED** as moot, and the Magistrate Judge's Report and Recommendation, ECF No. 49, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 20th day of January, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record